No. 74–857. BUCOLO ET AL. *v.* FLORIDA. Sup. Ct. Fla. Certiorari granted and judgment reversed. *Jenkins* v. *Georgia,* 418 U. S. 153 (1974), and *Kois* v. *Wisconsin,* 408 U. S. 229 (1972).

No. A–681 (74–6345). LEE *v.* UNITED STATES. Reapplication for stay of mandate of the United States Court of Appeals for the Second Circuit, entered February 3, 1975, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE STEWART would grant the stay.

No. A–767. BOWLING *v.* SCOTT ET AL. C. A. 5th Cir. Reapplication for stay or other relief, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. D–47. IN RE DISBARMENT OF MAYES. It is ordered that Ronald W. Mayes of Washington, D. C., and Madison, Kan., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion for leave to file bill of complaint granted and defendant allotted 60 days to answer.

No. 74–337. DORAN *v.* SALEM INN, INC., ET AL. Appeal from C. A. 2d Cir. [Probable jurisdiction noted, 419 U. S. 1119.] Motion of town of Smithtown for leave to file untimely brief as *amicus curiae* denied.